UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN LOPEZ et al.,

    Plaintiffs,     CASE No.   1:22-cv-484

v.     HON. ROBERT J. JONKER

MASTRONARDI PRODUCE-USA, INC. et al.,

    Defendants.
_____/

## ORDER

On July 21, 2023, the parties filed their Joint Motion for approval of a confidential settlement agreement (ECF No. 104). The Court has reviewed the settlement agreement *in camera*. As interpreted by the Supreme Court, the Fair Labor Standards Act (FLSA), 29 U.S.C. §§ 201-19, permits parties in certain FLSA cases to resolve a disputed claim through a settlement agreement approved as fair and reasonable by a district court.  *D.A. Schulte, Inc. v. Gangi*, 328 U.S. 108 (1946); *Brooklyn Sav. Bank v. O'Neil*, 324 U.S. 697 (1945). The Court having reviewed the proposed agreement, is satisfied that it is a fair and reasonable settlement of a disputed claim.

**IT IS HEREBY ORDERED** that the Settlement Agreement between the parties is approved; and

**IT IS FURTHER ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE** and without costs or attorney fees, except as provided for in the Settlement Agreement.

**IT IS SO ORDERED.**

Dated:  August 14, 2023         /s/Robert J. Jonker
                                                                                        Robert J. Jonker
                                                                                        United States District Judge