# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| BENJAMIN LOPEZ, OSCAR CARLOS LOPEZ RAMIREZ, and RAMONA REYES SAUCEDO, Plaintiffs, v. MASTRONARDI PRODUCE-USA, INC., and MAROA FARMS, INC., Defendants. | § § § § § § § § § | Civil Action No: 1:22-CV-00484 Hon. Robert J. Jonker Mag. Judge Phillip J. Green |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Ramona Reyes Saucedo, Oscar Carlos Lopez Ramirez, and Benjamin Lopez ("Named Plaintiffs") through their attorneys, the Michigan Immigrant Rights Center and Farmworker Justice, and Defendants Maroa Farms, Inc. and Mastronardi Produce-USA, Inc. ("Defendants") through their attorneys, Clark Hill PLC, jointly move this Court for an Order granting final approval of the class settlement which was preliminary approved by this Court through its Order, as amended, on August 14, 2023. (ECF No. 103-2; ECF No. 108; ECF No. 110). More specifically, the Parties jointly request that the Court issue an Order for the following relief:

1) Grant final approval of the Class Settlement Agreement (Exhibit 1; ECF No. 103-2) with the class definition below incorporated as fair, reasonable, and adequate pursuant to Fed. R. Civ. Pro. 23(e)(2).

All non-H2A, migrant and seasonal crop care workers who worked at Maroa Farms, Inc., 270 N. Fillmore Road, Coldwater, MI at any time during the period from June 1, 2019, through August 14, 2023. (ECF No. 108, PageID 203; ECF No. 110, PageID 2045).

    2) Dismiss with prejudice Counts I, II, and III, of Plaintiffs' Amended Complaint.

This Joint Motion is made and based upon the terms placed on the Court record during the settlement conference held on May 12, 2023, the preliminary fairness hearing held on August 9, 2023, authorities set forth herein, any affidavits or exhibits attached hereto, the papers and pleading on file, and such oral argument as the Court may entertain at the hearing concerning this matter.

Dated: February 15, 2024

Respectfully Submitted,

MICHIGAN IMMIGRANT RIGHTS CENTER
/s/ Adam Jeffries
Adam Jeffries (P69432)
Anna Hill Galendez (P78632)
Gonzalo Peralta (P84529)
Susan Reed (P66950)
ajeffries@michiganimmigrant.org
ahill@michiganimmigrant.org
gperalta@michiganimmigrant.org
350 E. Michigan Ave, Suite 315
Kalamazoo, MI 49007
Telephone: (616) 600-9433
Facsimile: (616) 600-9433

FARMWORKER JUSTICE

/s/ Madeline Flynn_____
Madeline Flynn
District of Columbia Bar No. 90017739
mflynn@farmworkerjustice.org
1126 16th Street NW, Suite LL101
Washington, DC 20006
Telephone: (202) 800-2520
Facsimile: (202) 293-5427

*Plaintiffs' Counsel*

　/s/ Maria Fracassa Dwyer_____
CLARK HILL PLC
Maria Fracassa Dwyer (P60946)
Hannah K. Reisdorff (P80101)
500 Woodward Avenue - Suite 3500
Detroit, Michigan 48226
mdwyer@clarkhill.com
hreisdorff@clarkhill.com
(313) 965-8300

*Attorneys for Defendants*