# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

_____

## MINUTES

BENJAMIN LOPEZ, et al.

Plaintiffs,

v.

MASTRONARDI PRODUCE-USA, INC. and
MAROA FARMS, Inc.,

    Defendants.

**

**CASE NO.** 1:22-cv-484
**DATE:** March 4, 2024
**TIME:** 2:01 p.m. to 2:15 p.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFFS:**
Adam Jeffries
Gonzalo Peralta

**DEFENDANTS:**
Hannah Reisdorff
Maria Dwyer

## PROCEEDINGS

**NATURE OF HEARING:** Final fairness hearing held. Approval Order and Judgment to enter.

COURT REPORTER: Jean Ann Hamlin      /s/ *Leah Plachinski*
                                                                              Law Clerk